IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TITLE PRO CLOSINGS, L.L.C.,   )<br>)<br>   Plaintiff,   )<br>)<br>v.   )<br>)<br>TUDOR INSURANCE COMPANY,   )<br>)<br>   Defendant.   ) | Case No. 1:11-cv-673-MEF<br>(WO) |

### ORDER

This Order will reflect that the parties and the undersigned held a telephonic status conference on January 30, 2012. Per the discussion during that conference, the Court hereby ORDERS that the parties file any amendments to their pleadings to add new parties or claims on or before February 10, 2012. Any party seeking to object to the amendments will have until February 17, 2012, to do so.

The Court, moreover, would like to advise the parties that, in light of the voluntary dismissal of a similar action previously before Judge Thompson, it may be necessary to revisit the Court's Memorandum Opinion and Order Denying Remand (Doc. # 19); specifically, adding new claims or parties may call for a fresh analysis of the *Brillhart* doctrine's applicability to this case. *See Brillhart v. Excess Ins. Co.*, 315 U.S. 491 (1942).

DONE this the 1st day of February, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE